THE STATE EX REL. MARTIN, APPELLANT, *v.* OHIO
ADULT PAROLE AUTHORITY, APPELLEE.

[Cite as *State ex rel. Martin v. Ohio Adult Parole
Auth.*, 124 Ohio St.3d 63, 2009-Ohio-6164.]

(No. 2009–1279—Submitted November 18, 2009—Decided December 1, 2009.)

**Per Curiam.**

{¶ 1} We dismiss the appeal of appellant, Robert Martin, because although he challenges the court of appeals' April 2009 judgment dismissing his complaint for a writ of mandamus and declaratory relief, he did not file a timely appeal from that judgment. S.Ct.Prac.R. II(2)(A)(1). Neither his motion for reconsideration nor his Civ.R. 60(B) motion for relief from judgment extended his time to appeal the judgment. *Cotten v. Fitzpatrick,* 98 Ohio St.3d 24, 2002-Ohio-7043, 780 N.E.2d 1019, ¶ 6; *Key v. Mitchell* (1998), 81 Ohio St.3d 89, 90, 689 N.E.2d 548. Finally, a "Civ.R. 60(B) motion for relief from judgment cannot be used as a substitute for a timely appeal * * *." Id. at 90–91, 689 N.E.2d 548; *State ex rel. Richard v. Cuyahoga Cty. Commrs.* (2000), 89 Ohio St.3d 205, 206, 729 N.E.2d 755.

Appeal dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Robert Martin, pro se.

Richard Cordray, Attorney General, and Melissa Montgomery, Assistant Attorney General, for appellee.